**Opinion issued September 25, 2018**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00732-CV

————————————

## IN RE D. HOUSTON, INC. D/B/A TREASURES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, D. Houston, Inc. d/b/a Treasures, has filed a petition for writ of mandamus, seeking an order to reverse the trial court's order that denied relator's motion to quash and motion for protection.[1]

---

[1] The underlying case is *Wesley O'Neill v. D. Houston, Inc. d/b/a Treasures and Jason Brannen*, cause number 2017-71771, pending in the 133rd Judicial District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

We **deny** relator's petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a).  We withdraw our August 16, 2018 Order that granted a stay.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.